**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDDIE B.  <br><br>    Plaintiff,  <br><br>    v.  <br><br>ANDREW M. SAUL, Commissioner of the Social Security Administration,  <br><br>    Defendant. | Case No. CV 18-07384-AS  <br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

Dated: August 26, 2019.

                                         /s/
                                    ALKA SAGAR
                          UNITED STATES MAGISTRATE JUDGE